No. 14–0183/AF. U.S. v. Desmond L. Gill. CCA S32128. Appellant's motion to attach documents is denied.

No. 14–0336/AR. U.S. v. Dylan P. Stahl. CCA 20120664. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including February 21, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0338/AR. U.S. v. Christopher D. Birdsong. CCA 20110440. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including February 21, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0392/CG. U.S. v. Benjamin J. Russell. CCA 1368. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 26, 2014.

No. 14–8004/AF. U.S. v. Samuel Lofton III. CCA 2011–10. Appellee's motion to submit documents in response to the Court's order is granted.

Monday, February 10, 2014

Misc. No. 14–8011/AR. John Edmond Hatley, Appellant v. United States, Appellee. CCA 20131070. Notice is hereby given that a writ appeal petition for review of the United States Army Court of Criminal Appeals decision on application for extraordinary relief in the nature of a writ of habeas corpus was filed under Rule 27(b) on this date.